**Electronically Filed
Supreme Court
SCWC-29044
02-FEB-2012
02:35 PM**

NO. SCWC-29044

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee
vs.
BRANDON M. VALEROS,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29044; CR. NO. 06-1-2281)

ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, Acoba,
Duffy, and McKenna, J.J.)

The opinion of the court filed on January 27, 2012, is amended as follows:

1. **Page 30, line 19 (counsel for petitioner caption):**

Include ", and Summer Kupau" after "Karen T. Nakasone" and add an "s" to "Defender" so that, as corrected, the caption reads:

Karen T. Nakasone,
and Summer Kupau,
Deputy Public Defenders
for petitioner/defendant-
appellant.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, February 2, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



2